Brian Miller
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 North Last Chance Gulch
Helena, MT 59601
406-442-3261 Phone
406-443-7294 Fax
bmiller@mswdlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TOM REED and JERRY REED,<br><br>Plaintiffs,<br><br>v.<br><br>MONTANA DEPARTMENT OF REVENUE,<br><br>Defendant. | Case No. 23-cv-00051-BMM<br><br>**PLAINTIFFS' MOTION PRELIMINARY INJUNCTION** |

COMES NOW Plaintiffs, Tom and Jerry Reed, and file this motion for a preliminary injunction pursuant to Fed.R.Civ. P. 65(a). This motion is supported by an accompanying brief and the verified complaint filed contemporaneously therewith.

By this motion, Plaintiffs seek an order enjoining the enforcement of Section 16-12-203(2)(g), MCA, Montana Marijuana Regulation and Taxation Act, codified at Title 16, chapter 12, under the Commerce Clause, Art. I, § 8, cl. 3, of the U.S.

Constitution, and the Privileges and Immunities Clause, Art. IV, § 2 of the U.S. Constitution.

    Dated this 25th day of July, 2023

    *Brian J. Miller*
    Counsel for Plaintiffs