IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TOM REED and JERRY REED,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MONTANA DEPARTMENT OF REVENUE,<br><br>Defendant. | CV-23-51-H-BMM-KLD<br><br>ORDER |

Defendant The Montana Department of Revenue has filed an Unopposed Motion for Extension of Time to file its response to Plaintiffs' motion for a preliminary injunction. (Doc. 9). Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant's response to Plaintiffs' motion for a preliminary injunction is due on or before August 22, 2023.

DATED this 9th day of August, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge