HANNAH S. CAIL
COURTNEY COSGROVE
MONTANA DEPARTMENT OF REVENUE
Legal Services Office
125 North Roberts Street
PO Box 7701
Helena, MT 59604-7701
(406) 444-9532
Hannah.Cail2@mt.gov; Courtney.Cosgrove@mt.gov

MATTHEW T. COCHENOUR
COCHENOUR LAW OFFICE, PLLC
PO Box 1914
Helena, MT 59624
(406) 413-7004
matt@cochenourlawoffice.com

Attorneys for the Department

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| **TOM REED, and JERRY REED,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE MONTANA DEPARTMENT OF REVENUE,**<br><br>**Defendant.** | Case No: 23-cv-00051-BMM<br><br><br>**NOTICE OF APPEARANCE** |

Matthew T. Cochenour of Cochenour Law Office, PLLC, enters his notice

of appearance as co-counsel of record for Defendant Montana Department of Revenue.

DATED this 23rd day of August 2023.

            Respectfully submitted,

            /s/ *Matthew T. Cochenour*
            MATTHEW T. COCHENOUR
            Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing has been made this 23rd day of August 2023, by filing with the CM/ECF system that sends notice electronically to:

Brian Miller
Attorney for Plaintiffs

                                         /s/ *Matthew T. Cochenour*
                                         MATTHEW T. COCHENOUR
                                         Attorney for Defendant