IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TOM REED and JERRY REED,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MONTANA DEPARTMENT OF REVENUE,<br><br>Defendant. | CV-23-51-H-KLD<br><br>ORDER |

Plaintiffs Tom Reed and Jerry Reed have filed an Unopposed Motion to Withdraw their Motion for Preliminary Injunction (Doc. 23) and an Unopposed Motion for Leave to File a First Amended Complaint (Doc. 26). Accordingly,

IT IS ORDERED that both motions are GRANTED. Plaintiffs' Motion for Preliminary Injunction (Doc. 4) is hereby withdrawn, and Plaintiffs shall promptly file their First Amended Complaint.

DATED this 18th day of September, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge