HANNAH S. CAIL
COURTNEY COSGROVE
MONTANA DEPARTMENT OF REVENUE
Legal Services Office
125 North Roberts Street
PO Box 7701
Helena, MT 59604-7701
(406) 444-9532
Hannah.Cail2@mt.gov; Courtney.Cosgrove@mt.gov

MATTHEW T. COCHENOUR
COCHENOUR LAW OFFICE, PLLC
PO Box 1914
Helena, MT 59624
(406) 413-7004
matt@cochenourlawoffice.com

Attorneys for the Department

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TOM REED, and JERRY REED,<br><br>Plaintiffs,<br><br>v.<br><br>THE MONTANA DEPARTMENT OF REVENUE,<br><br>Defendant. | CV-23-51-H-KLD<br><br>DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT |

Plaintiffs Tom and Jerry Reed filed a complaint against the Montana Department of Revenue, which the Department moved to dismiss based on lack of justiciability and because the suit was barred by the Eleventh Amendment. Docs. 11-12, 18-19. Although the Reeds responded substantively to one motion, they also filed an amended complaint. Doc. 28. The effect of an amended complaint is to supersede the original complaint, rendering it a nullity. *See Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc) (noting the general rule that an amended complaint "super[s]edes the original complaint and renders it without legal effect.").

Like the original complaint, the amended complaint fails to establish that the Reeds have standing or have presented a ripe case or controversy. Therefore, the Department moves to dismiss the amended complaint under Fed. R. Civ. P. 12(b)(1) and 12(h)(3). Alternatively, the Department asks the Court to invoke *Pullman* abstention and stay this case pending the outcome of the Reeds' state court challenges to the same statute challenged in this case. This motion is supported by a brief in support.

DATED this 11th day of October 2023.

/s/ *Matthew T. Cochenour*
MATTHEW T. COCHENOUR
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on October 11, 2023, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Matthew T. Cochenour*
Matthew T. Cochenour
Attorney for Defendant
